UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff/Applicant,*<br><br>v.<br><br>**RICHARD HAMPTON SCURLOCK, III, and RTAG Inc., d/b/a/ Retirement Tax Advisory Group,**<br><br>*Defendants/Respondents.* | CIVIL ACTION NO. 5:18-CV-49-KKC |

**MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST RICHARD HAMPTON SCURLOCK, III and RTAG, Inc., d/b/a Retirement Tax Advisory Group**

The United States Securities and Exchange Commission ("SEC") moves this Court for Entry of Final Judgment against respondents Richard Hampton Scurlock, III and RTAG, Inc., d/b/a Retirement Tax Advisory Group with (collectively referred to as the ""Defendants" or "Respondents") pursuant to Section 21(e) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u(e) ("Section 21(e)").

**BACKGROUND**

1. On February 23, 2016, the SEC ordered Respondents to pay on a joint and several basis disgorgement of $15,000 and a civil money penalty of $15,000, and injunctive relief.

2. On February 7, 2018, the SEC filed an application with the Court for an order to enforce compliance by Respondents with the final SEC order entered against

them on February 23, 2016.[1]

3. On February 21, 2018, the Court issued an order for Respondents to show cause ("Order to Show Cause") why the final SEC orders entered against them should not be enforced.[2]

4. The SEC served the Respondents with the Order to Show Cause and the moving papers.[3]

5. The Order to Show Cause provided: "If Respondents fail to file opposing papers, the Court may find Respondents in default and enter an appropriate order against such party at such time without further notice being given[.]" The Respondents' responses were due by March 13, 2018.

6. The Respondents were also directed to "comply with the Commission's February 23, 2016 order or SHOW CAUSE in writing as to why this Court should not enforce compliance with the Commission's Order" by March 27, 2018.

7. The Respondents have failed to respond to the Court's Order to Show Cause and have not complied with the February 23, 2016 order; therefore, the Commission requests that the Court enter final judgment against the Respondents in the form of the proposed final judgment attached to this motion.

---

[1] Dkt. No. 1.
[2] Dkt. No. 3.
[3] Dkt. Nos. 4 and 5.

Dated:  May 22, 2018

                Respectfully submitted,


                <u>s/MICHAEL J. ROESSNER</u>
                MICHAEL J. ROESSNER
                Assistant Chief Litigation Counsel
                Division of Enforcement
                United States Securities and Exchange Commission
                100 F Street, NE
                Mail Stop 5631
                Washington, DC 20549-0022
                RoessnerM@SEC.gov
                Telephone:   202.551.4347
                Facsimile:    703.813.9366
                Attorney for Plaintiff/Judgment Creditor
                United States Securities and Exchange Commission

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2018, I caused service of the foregoing MOTION FOR FINAL JUDGMENT to be served via overnight mail on:

Richard Scurlock
1203 South Hurstbourne Parkway
Louisville, Kentucky 40222

RTAG, Inc.
c/o Registered Agent
Richard Scurlock
2415 Bank Street
Louisville, Kentucky 40212

                                                s/MICHAEL J. ROESSNER
                                                Michael J. Roessner
                                                Attorney for Plaintiff
                                                United States Securities and Exchange Commission
                                                100 F Street, N.E., Mail Stop 5631
                                                Washington, D.C. 20549-0022
                                                (202) 551-4347 (Phone)
                                                (703) 813-9366 (Fax)