UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5:18-CV-049-CHB |
| v. | ) ) | **ORDER ON MOTION FOR FINAL JUDGMENT** |
| RICHARD HAMPTON SCURLOCK, III, et al., | ) ) ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the plaintiff's Motion for Final Judgment [R. 8].  On February 6, 2018, the Securities and Exchange Commission filed an Application for an order enforcing compliance with an order of the Commission. [R. 1]  On February 21, 2018, the Court ordered the defendants to either comply with the Commission's order or show cause why this Court should not enforce compliance with the order. [R. 3 at 1]  The defendants have failed to respond to the Order to Show Cause or (according to the plaintiff) to comply with the Commission's order. [R. 8 at 2]

Accordingly, having reviewed the Motion, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.  The Motion for Final Judgment [**R. 8**] is **GRANTED**.  A final Judgment will be entered separately.

This the 23rd day of October, 2018.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

- 1 -