UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| ) | Civil Action No. 5:18-CV-049-CHB |
| Plaintiff, ) ) ) | |
| v. ) | **FINAL JUDGMENT** |
| ) ) | |
| RICHARD HAMPTON SCURLOCK, III, ) et al., ) ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Plaintiff, Securities and Exchange Commission (the "Commission"), having applied to the Court for a Judgment pursuant to Section 21(e)(1) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u(e)(1), enforcing compliance by Richard Hampton Scurlock, III and RTAG, Inc., d/b/a Retirement Tax Advisory Group with a final Commission order entered against them on February 23, 2016 (the "Commission Order") granting injunctive relief and requiring them to pay on a joint and several basis disgorgement of $15,000 and a civil money penalty of $15,000, which remains due and payable in the amount of $16,209.46 in disgorgement and prejudgment interest accrued to April 6, 2018, plus additional interest accrued pursuant to Rule 600 of the Commission's Rules of Practice, 17 C.F.R. § 201.600 (per diem of $1.762 until the entry of Judgment), and of $15,029.74 in civil money penalty and interest pursuant to 31 U.S.C. § 3717 accrued to that date (with a per diem of $0.41), and accrued interest to 31 U.S.C. § 3717, and based upon the Commission's Motion to enter Final Judgment, and the papers and responses filed in this matter, and defendants having failed to respond to the

Court's Order to Show Cause [R. 3], and it appearing to the Court that such a Judgment should enter, it is hereby:

I.

**ORDERED, ADJUDGED, AND DECREED** that the Commission Order be and the same hereby is enforced.

II.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that defendants shall pay to the Commission, to be remitted by the Commission to the United States Treasury, the amount of $16,209.46 in disgorgement and prejudgment interest accrued to April 6, 2018, plus additional interest accrued pursuant to Rule 600 of the Commission's Rules of Practice, 17 C.F.R. § 201.600 (per diem of $1.762 until the entry of Judgment), and of $15,029.74 in civil money penalty and interest pursuant to 31 U.S.C. § 3717 accrued to that date (with a per diem of $0.41), together with postjudgment interest pursuant to 28 U.S.C. § 1961 from the date of the entry of this Judgment.

III.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that defendants are to cease and desist from committing or causing any violations and any future violations of Exchange Act Section 15(a)(1).

IV.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that defendants shall make payment in one of the following ways:

(1)   defendants may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request;

(2)   defendants may make direct payment from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm; or

(3)   defendants may pay by certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission and hand-delivered or mailed to:

Enterprise Services Center
Accounts Receivable Branch
HQ Bldg., Room 181, AMZ-341
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

Payments by check or money order must be accompanied by a cover letter identifying the defendants in this action making the payment, and the name of this Court and the docket number of this action; a copy of the cover letter and check or money order must be sent to Michael J. Roessner, Securities and Exchange Commission, 100 F Street, NE, Mail stop 5631, Washington, DC 20549-0022.

**V.**

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court, subject to the foregoing, may order such relief as may be necessary for enforcement of any order of this Court as to disgorgement and prejudgment interest through civil contempt and/or other collection procedures authorized by law.

**VI.**

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court, subject to the foregoing, may order such relief as may be necessary for enforcement of any order of this Court as to the civil monetary penalty pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001 – 3308.

- 4 -

## VII.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

This the 23rd day of October, 2018.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY